# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 09-5331

September Term 2009

1:02-cv-00828-CKK

**Filed On:** July 7, 2010

Fawzi Khalid Abdullah Fahad Al Odah,
Detainee and Khaled Al Odah, Next friend of
Fawzi Khalid Abdullah Fahad Al Odah,

     Appellants

     v.

United States of America, et al.,

     Appellees

**BEFORE:** Sentelle, Chief Judge, and Rogers and Garland, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed June 30, 2010, directing appellees to show cause why the court's opinion filed June 30, 2010, should not be released with redactions of classified material only, and the response thereto; the court's order to show cause filed July 6, 2010, and the response thereto; and appellees' motion to modify the June 30, 2010 order to show cause, it is

**ORDERED** that the orders to show cause be discharged. It is

**FURTHER ORDERED** that the Clerk be directed to issue the public version of the court's opinion filed June 30, 2010, with the classified material redacted. It is

**FURTHER ORDERED** that the motion to modify be dismissed as moot.

### Per Curiam

            **FOR THE COURT:**
            Mark J. Langer, Clerk

     BY:   /s/
            Michael C. McGrail
            Deputy Clerk